IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Denise B. Quigley             :        Chapter 13
           Debtor             :        Bankruptcy No.: 14-16926-mdc
                             :

## NOTICE OF APPLICATION OF DEBTORS TO EMPLOY REAL ESTATE AGENT

To all parties in interest, NOTICE IS GIVEN THAT:

1. Debtor Denise B. Quigley has filed an application to employ Deborah Hornstra of Coldwell Banker Residential Brokerage as real estate agent to sell the Debtor's real property located at 209 Cliveden Drive, Newtown, Pennsylvania. Fees to be paid are based upon a three percent (5%) commission from the proceeds of sale.

2. A copy of the Application is on file with the Office of the Clerk, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, Pennsylvania, 19107, where it is available for inspection.

3. Any party in interest may file an answer, objection or any other responsive pleading with the Deputy Clerk, at the address set forth in the above paragraph, and serve a copy on counsel for the Debtors, whose name and address appears below, within seven (7) days from the date of this Notice.

4. In the absence of any answer, objection or other responsive pleading, the Debtors shall certify that fact to the Court, and the Court may grant the Application.

Counsel for Debtor:

Joseph L. Quinn, Esquire
Law Office of Stephen Ross, P.C.
152 E. High Street, Suite 100
Pottstown, PA 19464

DATED:  July 23, 2018