IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Denise B. Quigley | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 14-16926-mdc |
| | : | |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Denise B. Quigley, hereby certify that on July 23, 2018, a true and correct copy of Debtor's Application to Employ Deborah Hornstra as real estate agent, along with Notice of Application, was forwarded to the following parties, as follows:

*Via Electronic Filing (ECF) on July 23, 2018:*

Celine P. Derkrikorian on behalf of Creditor Freedom Mortgage Corporation
ecfmail@mwc-law.com

Kevin S. Frankel on behalf of Creditor Nationstar Mortgage LLC
pa-bk@logs.com

Joshua Isaac Goldman on behalf of Creditor Nationstar Mortgage LLC
bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Andrew F Gornall on behalf of Creditor Nationstar Mortgage LLC
agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

Leeane O. Huggins on behalf of Creditor Nationstar Mortgage LLC
pabk@logs.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Thomas I. Puleo on behalf of Creditor Nationstar Mortgage LLC
tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Matteo Samuel Weiner on behalf of Creditor Nationstar Mortgage LLC
bkgroup@kmllawgroup.com

*Via First Class US Mail on July 23, 2018:*

All other creditors not otherwise notified by ECF on the mailing matrix.

**LAW OFFICE OF STEPHEN J. ROSS, PC**
By:     */s/ Joseph Quinn*
          Joseph Quinn, Esquire
          Attorney I.D. No. 307467
          152 E. High Street, Suite 100
          Pottstown, PA 19464

Date:  July 23, 2018          Counsel for Debtor