Document      Page 1 of 2

IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Denise B. Quigley, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 14-16926-mdc |
| | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Hearing to be Held:**
**Date:   August 2, 2018**
**Time:   11:00 a.m.**
**Place:  United States Bankruptcy Court**
**Eastern District of Pennsylvania**
**Courtroom #2**
**Robert N.C. Nix, Sr. Federal Courthouse**
**900 Market Street**
**Philadelphia, PA 19107**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Denise B. Quigley, Movant, by and through counsel of the Law Office of Stephen J. Ross P.C., has filed a Motion to Incur Debt.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then written objections or other responsive pleadings to the Motion (**while not required**) may be filed up to the time of the hearing and will be considered at the time of the hearing. You or your attorney may do ALL of the following:

   (a).   file an answer explaining your position at

   United States Bankruptcy Court
   Eastern District of Pennsylvania
   Robert N.C. Nix, Sr. Federal Courthouse
   900 Market Street, Suite 400
   Philadelphia, PA 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)   mail a copy to attorney for movants:

   Joseph Quinn, Esquire
   THE LAW OFFICE OF STEPHEN J. ROSS, PC
   Security Trust Company Building

        152 E. High Street, Suite 100
        Pottstown, PA  19464

2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief in the motion.

3.     A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge on August 2, 2018 at 11:00 a.m. in:

> **United States Bankruptcy Court**
> **Eastern District of PA - Philadelphia Division**
> **Courtroom #2**
> **Robert N.C. Nix, Sr. Federal Courthouse**
> **900 Market Street**
> **Philadelphia, PA 19107**

4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5.     You may contact the bankruptcy clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

        LAW OFFICE OF STEPHEN J. ROSS, PC

        By:    */s/ Joseph Quinn*_____
               Joseph Quinn, Esquire
               Attorney I.D. No. 307467
               152 E. High Street, Suite 100
               Pottstown, PA 19464
               T: 610.323.5300
               F: 610.323.6081
               JQuinn@SJR-LAW.com
               Counsel for Movant

Date:  July 26, 2018