IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Denise B. Quigley     :  Chapter 13
    Debtor      :  Bankruptcy No.: 14-16926-mdc
            :

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Denise B. Quigley, hereby certify that a true and correct copy of Debtor's Motion to Sell Real Estate known as 209 Cliveden Drive, Newtown, PA 18940-1313, and to pay commissions and customary closing costs, along with the Notice of Motion and Order on Motion to Expedite the Hearing, was forwarded to the following parties, as follows:

***Via email on July 26, 2018:***

Celine P. Derkrikorian on behalf of Creditor Freedom Mortgage Corporation
ecfmail@mwc-law.com

Kevin S. Frankel on behalf of Creditor Nationstar Mortgage LLC
pa-bk@logs.com

Joshua Isaac Goldman on behalf of Creditor Nationstar Mortgage LLC
bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Andrew F Gornall on behalf of Creditor Nationstar Mortgage LLC
agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

Leeane O. Huggins on behalf of Creditor Nationstar Mortgage LLC
pabk@logs.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Thomas I. Puleo on behalf of Creditor Nationstar Mortgage LLC
tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Matteo Samuel Weiner on behalf of Creditor Nationstar Mortgage LLC
bkgroup@kmllawgroup.com

Jayson J. Lawson, Esquire
Keystone Collections Group – c/o Kratzenberg & Lazzaro
cmjones@keystonecollects.com; rlfinley@keystonecollects.com

***Via Fascimile on July 26, 2018:***

Sharyn Roberts, Bankruptcy Specialist
Internal Revenue Service
877-477-9276

Sesha Pande, Bankruptcy Agent
Ally Financial
651-367-2005

***Via First Class Mail on July 26, 2018:***

Dharminder S. Sandhu, Authorized Agent
Quantum3 Group LLC as agent for Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Stacy Suire, Operations Manager
Department Stores National Bank/Macy's
Bankruptcy Processing
PO Box 8053
Mason, OH 45040

Max Zaleski, Supervisor
Delbert Services Corporation
C/O Weinstein, Pinson, and Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121

Max Zaleski, Supervisor
Cerastes, LLC
C/O Weinstein, Pinson, and Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121

Lovetta Walls, Paralegal
Capital One Bank (USA), N.A. by American InforSOurce LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Thomas Nallon, Claims Analyst
Navient Solutions, Inc. on behalf of United Student Aid Funds, Inc.
Attn: Bankruptcy Litigation Unit E3149
PO Box 9430
Wilkes-Barre, PA 18773-9430

Thomas A. Lee III, Attorney/Agent for Creditor
American Express Bank, FSB
Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

Max Zaleski, Supervisor
Cerastes, LLC
C/O Weinstein, Pinson, and Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121

Thomas A. Lee III, Attorney/Agent for Creditors
American Express Centurion Bank
Becket and Lee LLP
PO Box 3001
Malcern, PA 19355-0701

Tina Jeffery, Bankruptcy Specialist
OneMain Financial, Inc.
PO Box 6042
Sioux Falls, SD 57117-6042

Christina Jewell, Bankruptcy Representative
Portfolio Recovery Associates, LLC, successor in interest to Capital One, NA (CAPITAL
ONE) by PRA Receivables Management, LLC, agent
PO Box 41067
Norfolk, VA 23541

Larry Butler, Supervisor of Claims
eCast Settlement Corporation, assignee of Citibank, N.A.
PO Box 29262
New York, NY 10087-9262

William L. Marohn, Attorney
Sikorsky Financial Credit Union, Inc.
45 Court Street
New Haven, CT 06511

A-1 Collection Agency
715 Horizon Drive
Grand Junction, CO 81506

American Adjustment Bureau
73 Field Street
Waterbury, CT 06702

Atlantic Credit & Finance, Inc.
C/O Gregg Morris, Esq
213 East Main Street
Carnegie, PA 15106

Barclays Bank Delaware
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899

Bay Area Credit Services
1000 Abernathy Road, NE Ste
Atlanta, GA 30328

Bank of America
PO Box 982235
El Paso, TX 79998

Chase
PO Box 15298
Wilmington, DE 19850

Comenity Bank/J Crew
Attn: Bankruptcy
PO Box 182686
Columbus, OH 43218

Salle Mae
Attn: Claims Department
PO Box 9500
Wilkes-Barre, PA 18773

TD BankNorth Mortgage
TD Bank NA – Attn: Bankruptcy Department
PO Box 1377
Lewistown, ME 04243

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By:   */s/ Joseph Quinn*
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      152 E. High Street, Suite 100
      Pottstown, PA 19464
      Counsel for Debtor

Date:  July 26, 2018