IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Denise B. Quigley | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 14-16926-mdc |
| | : | |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Denise B. Quigley, Debtor in the above-captioned matter.

2. That a copy of the application to employ Deborah Hornstra of Coldwell Banker Residential Brokerage along with notice of application was served upon parties in interest on July 23, 2018.

3. A certificate of service was filed with this Court on July 23, 2018 declaring service to the parties in interest.

4. No response to said application has been received as of August 1, 2018.


                                          LAW OFFICE OF STEPHEN J. ROSS, PC

                                   BY:    */s/ Joseph Quinn*
                                                    Joseph Quinn, Esquire
                                                    Attorney I.D. No. 307467
                                                    152 E. High Street, Suite 100
                                                    Pottstown, PA  19464
                                                    T: (610) 323 - 5300
                                                    F: (610) 323 - 6081
Date: August 1, 2018                            JQuinn@sjr-law.com