IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Denise B. Quigley | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 14-16926-mdc |
| | : | |

## ORDER

AND NOW, upon the application of Debtors to Employ Deborah Hornstra as real estate agent to Debtor, IT IS HEREBY ORDERED that Deborah Hornstra of Coldwell Banker Residential Brokerage is employed as real estate agent to Debtor for the purpose of marketing and selling the real estate known as 209 Cliveden Drive, Newtown, Pennsylvania.

BY THE COURT:

_Magdeline D. Coe_  8/2/18
Honorable Magdeline D. Coleman
United States Bankruptcy Judge