IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Denise B. Quigley | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 14-16926-mdc |
| | : | |

## ORDER GRANTING APPROVAL OF SALE OF REAL ESTATE KNOWN AS 209 CLIVEDEN DRIVE, NEWTOWN, PA 18940-1313 AND TO PAY COMMISSIONS AND CLOSING COSTS

AND NOW, upon consideration of Debtor's motion for approval to sell real estate owned by Debtor known as 209 Cliveden Drive, Newtown, PA 18940-1313 and to pay real estate broker commission and customary closing costs, and upon consideration of the notice upon and lack of objection by the Chapter 13 Trustee, United States Trustee, or any other party in interest, and in consideration of the arguments of counsel appearing at a hearing before the Court, if any, regarding the approval requested in the Motion,

**IT IS ORDERED:**

(1) Debtor's Motion with respect to sale of the Real Estate owned by the Debtor known as 209 Cliveden Drive, Newtown, PA 18940-1313 (hereafter referred to as the "Real Estate") is GRANTED; and

(2) Debtor is authorized to sell the Real Estate during the current Chapter 13 bankruptcy to Angelic A. Ranck; and

(3) The terms and conditions of the Agreement of Sale and related documents are fair and reasonable, as attached to the Motion, and are hereby APPROVED; and

(4) From the proceeds of the sale of the Real Estate, the Debtor, by virtue of the settlement agent, are authorized to pay at closing:

a. all liens encumbering the Real Estate in the amount of the full value of the secured claim subject to the payoff figures current as of the date of closing; and

b. typical and customary closing costs; and

c. balance of the chapter 13 bankruptcy plan; in the amount of $26,758.00 and

d. the remaining funds, if any, after payment of liens, closing costs and the chapter 13 bankruptcy plan shall be paid to Denise B. Quigley; and

(5) This Order shall be effective and enforceable immediately upon entry and the Debtor and Buyer are authorized to close the Sale immediately upon entry of this Sale Order. The stay required under Bankruptcy Rule 6004(h) is hereby waived; and

(6) The final settlement sheet shall be provided to the Office of William C. Miller, Chapter 13 Trustee, prior to settlement.

(7) A copy of the executed settlement sheet shall be provided to the Chapter 13 Trustee within fourteen days following settlement of the real estate transaction.

BY THE COURT:

_Magdeline D. C_____   8/2/18_
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

2