IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Denise B. Quigley, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 14-16926-mdc |
| | : | |

## ORDER GRANTING APPROVAL TO INCUR DEBT

AND NOW, upon consideration of Debtor's motion for approval to Incur a Mortgage Debt, and upon consideration of the notice upon and lack of objection by the Chapter 13 Trustee, United States Trustee, or any other party in interest, and in consideration of the arguments of counsel appearing at a hearing before the Court, if any, regarding the approval requested in the Motion,

**IT IS ORDERED:**

That the motion by debtor to incur mortgage debt with Carrington Mortgage Services is APPROVED for the purpose of a purchase money mortgage for real property known as 514 Village Rd W, Princeton Junction, NJ 08550-2004.

BY THE COURT:

_Magdeline D. C_____  8/2/18_
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE