United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 14-16926-mdc
Denise B Quigley                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Aug 03, 2018
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2018.
db              +Denise B Quigley,    209 Cliveden Drive,    Newtown, PA 18940-1313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2018 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION ecfmail@mwc-law.com
      JOSEPH L QUINN    on behalf of Debtor Denise B Quigley CourtNotices@sjr-law.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
      LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                 TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Denise B. Quigley | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 14-16926-mdc |
| | : | |

## ORDER

AND NOW, upon the application of Debtors to Employ Deborah Hornstra as real estate agent to Debtor, IT IS HEREBY ORDERED that Deborah Hornstra of Coldwell Banker Residential Brokerage is employed as real estate agent to Debtor for the purpose of marketing and selling the real estate known as 209 Cliveden Drive, Newtown, Pennsylvania.

BY THE COURT:

_Magdeline D. Coe_  8/2/18
Honorable Magdeline D. Coleman
United States Bankruptcy Judge