United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-16926-mdc
Denise B Quigley                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Aug 03, 2018
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2018.
db             +Denise B Quigley,    209 Cliveden Drive,    Newtown, PA 18940-1313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2018 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION ecfmail@mwc-law.com
      JOSEPH L QUINN    on behalf of Debtor Denise B Quigley CourtNotices@sjr-law.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
      LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                       TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Denise B. Quigley | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 14-16926-mdc |
| | : | |

## ORDER GRANTING APPROVAL OF SALE OF REAL ESTATE KNOWN AS 209 CLIVEDEN DRIVE, NEWTOWN, PA 18940-1313 AND TO PAY COMMISSIONS AND CLOSING COSTS

AND NOW, upon consideration of Debtor's motion for approval to sell real estate owned by Debtor known as 209 Cliveden Drive, Newtown, PA 18940-1313 and to pay real estate broker commission and customary closing costs, and upon consideration of the notice upon and lack of objection by the Chapter 13 Trustee, United States Trustee, or any other party in interest, and in consideration of the arguments of counsel appearing at a hearing before the Court, if any, regarding the approval requested in the Motion,

**IT IS ORDERED:**

(1)    Debtor's Motion with respect to sale of the Real Estate owned by the Debtor known as 209 Cliveden Drive, Newtown, PA 18940-1313 (hereafter referred to as the "Real Estate") is GRANTED; and

(2)    Debtor is authorized to sell the Real Estate during the current Chapter 13 bankruptcy to Angelic A. Ranck; and

(3)    The terms and conditions of the Agreement of Sale and related documents are fair and reasonable, as attached to the Motion, and are hereby APPROVED; and

(4)    From the proceeds of the sale of the Real Estate, the Debtor, by virtue of the settlement agent, are authorized to pay at closing:

1

a. all liens encumbering the Real Estate in the amount of the full value of the secured claim subject to the payoff figures current as of the date of closing; and

b. typical and customary closing costs; and

c. balance of the chapter 13 bankruptcy plan in the amount of $26,758.00; and

d. the remaining funds, if any, after payment of liens, closing costs and the chapter 13 bankruptcy plan shall be paid to Denise B. Quigley; and

(5)    This Order shall be effective and enforceable immediately upon entry and the Debtor and Buyer are authorized to close the Sale immediately upon entry of this Sale Order. The stay required under Bankruptcy Rule 6004(h) is hereby waived; and

(6)    The final settlement sheet shall be provided to the Office of William C. Miller, Chapter 13 Trustee, prior to settlement.

(7)    A copy of the executed settlement sheet shall be provided to the Chapter 13 Trustee within fourteen days following settlement of the real estate transaction.

BY THE COURT:

_Magdeline D. C_____  8/2/18_
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

2