# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Denise B Quigley | : | Chapter 13 |
| | : | |
| Debtor | : | No. : 14-16926-mdc |
| | : | |

## PRAECIPE TO CHANGE ADDRESS

TO THE CLERK:

    Kindly update the Court's records to reflect a new address for debtor Denise B Quigley, effective immediately, to:

514 Village Road West
Princeton Junction, NJ 08550

                                  LAW OFFICE OF STEPHEN J. ROSS

By:   /s/ Joseph Quinn
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        152 E. High Street, Suite 100
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        JQuinn@SJR-LAW.com

Date: September 4, 2018