Case 14-16926-mdc    Doc 89    Filed 12/15/18    Entered 12/16/18 01:02:50    Desc Imaged
                               Certificate of Notice    Page 1 of 3

```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                            Case No. 14-16926-mdc
Denise B. Quigley                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Antoinett              Page 1 of 2              Date Rcvd: Dec 13, 2018
                              Form ID: 138NEW              Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db             +Denise B. Quigley,    514 Village Road West,    Princeton Junction, NJ 08550-2004
r              +Deborah Hornstra,    10 Nassau Street,    Princeton, NJ 08542-4510
13377398       +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
13436560        American Express Bank, FSB,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13440544        American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13377402      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
13377400       +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
13377401       +Bay Area Credit Servic,    1000 Abernathy Rd Ne Ste,    Atlanta, GA 30328-5606
13402034       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13377416      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Unvl/citi,     Attn.: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
13377404       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13398933       +Council Rock School District (Newtown Township),     Keystone Collections Group,
                 c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,    Irwin, PA 15642-7539
13394776       +DELBERT SERVICES CORPORATION,    C O WEINSTEIN, PINSON, AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13377406        Delbert Services/consu,    Rodney Square N 1100 N M,    Wilmington, DE 18901
13393897       +Department Stores National Bank/Macy’s,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13377407       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13456883        ECAST SETTLEMENT CORPORATION, ASSIGNEE,     OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13377408       +Freedom Mortgage,    PO Box 8068,    Virginia Beach, VA 23450-8068
13377410       +Keystone Collections Group,    PO Box 499,    Irwin, PA 15642-0499
13425389       +Law Office of Stephen Ross, P.C.,     152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13377411        Loancare Servicing Ctr,    Interstate Corp Cntr Bld,    Norfolk, VA 23502
13462093      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     PO Box 619096,    Dallas, TX 75261-9741)
13403225        Navient Solutions Inc. on behalf of USA Funds,     Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
13398934       +Newtown Township,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,
                 Irwin, PA 15642-7539
13460973       +Sikorsky Financial Credit Union Inc,     c/o Tobin, Melien & Marohn,    45 Court Street,
                 New Haven, CT 06511-6962
13377414       +Sikorsky Financial Cu,    1000 Oronoque Ln,    Stratford, CT 06614-1383
14125708        United Student Aid Funds, Inc (USAF),     PO Box 8961,    Madison WI 53708-8961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:47     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 03:11:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2018 03:12:17     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13377395       +E-mail/Text: bk.notices@a1collectionagency.com Dec 14 2018 03:12:50     A-1 Collection Agency,
                 715 Horizon Drive,    Grand Junction, CO 81506-8700
13377396       +E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2018 03:10:56     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
13386604        E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2018 03:10:56
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13377397       +E-mail/Text: American@AABinfo.net Dec 14 2018 03:11:07     American Adjustment Bu,
                 73 Field St,    Waterbury, CT 06702-1906
13377399       +E-mail/Text: paparalegals@pandf.us Dec 14 2018 03:13:04     Atlantic Credit & Finance, Inc.,
                 C/O Gregg Morris, Esq,    213 East Main Street,    Carnegie, PA 15106-2701
13377403       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 03:13:48     Capital 1 Bank,
                 Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13403111        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 03:14:12
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13377405       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 14 2018 03:11:15     Comenity bank/J Crew,
                 Attn: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
13377409        E-mail/Text: cio.bncmail@irs.gov Dec 14 2018 03:11:06     Internal Revenue Service,
                 P O Box 7346,    Philadelphia, PA 19101-7346
13442812        E-mail/PDF: cbp@onemainfinancial.com Dec 14 2018 03:13:17     OneMain Financial, Inc.,
                 P.O. Box 6042,    Sioux Falls, SD 57117-6042
13377412       +E-mail/PDF: cbp@onemainfinancial.com Dec 14 2018 03:14:07     Onemain Fi,    Po Box 499,
                 Hanover, MD 21076-0499
13452901        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 03:13:26
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                  Date Rcvd: Dec 13, 2018
                               Form ID: 138NEW              Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13393389         E-mail/Text: bnc-quantum@quantum3group.com Dec 14 2018 03:11:21
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA   98083-0788
13377413        +E-mail/PDF: pa_dc_claims@navient.com Dec 14 2018 03:13:54      Sallie Mae,
                 Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
13377415         E-mail/Text: bankruptcy@td.com Dec 14 2018 03:11:57       Td Banknorth Mortgage,
                 Td Bank Na-Attn: Bankruptcy Department,    Po Box 1377,    Lewiston, ME 04243
                                                                                                 TOTAL: 18

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION ecfmail@mwc-law.com
              JOSEPH L QUINN   on behalf of Debtor Denise B. Quigley CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor   NATIONSTAR MORTGAGE LLC pabk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Denise B. Quigley

       Debtor(s)                         Bankruptcy No: 14–16926–mdc

                                                             Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                         For The Court
                                                         Timothy B. McGrath
                                                          Clerk of Court

Dated: 12/13/18

                                                                                                                                     88 – 87
                                                                                                                     Form 138_new